THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* E. REMINGTON & SONS, Respondent.

In the Matter of the Proof of the Claim of the ONEIDA NATIONAL BANK, Appellant.

(Argued April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 26,

1889, which affirmed an order of Special Term sustaining certain exceptions to the report of a referee.

*F. G. Fincke* for appellant.

*Thomas Richardson* for respondents.

Agree to affirm on opinion below.
All concur, except EARL and O'BRIEN, JJ., taking no part. Order affirmed.